FILED
 2007 Feb-23  PM 04:18
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN WAYNE HARRIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:05-cv-00767-RDP-JEO |
| | ) |
| **GRANT CULLIVER, WARDEN, and TROY** | ) |
| **KING, THE ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (Doc. #9) and the objections of Petitioner (Doc. #12) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, Petitioner's petition for writ of habeas corpus (Doc. #1) is due to be denied and this case dismissed with prejudice.  An appropriate order will be entered.

**DONE** and **ORDERED** this    23rd    day of February, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE